Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Brian D. Mc Farlin (SB No. 259099)
brian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his guardian ad litem J.C., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN JUAN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO: 2:18-cv-02735-JAM-EFB <br><br> **ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Plaintiff's Petition for Appointment of Parent Jessica Coultrup as guardian ad litem to J C is granted.

DATED: 10·12·2018

_____
UNITED STATES DISTRICT JUDGE

Petition for Appointment of Guardian Ad Litem and
[Proposed Order] Granting Petition for Appointment of Guardian Ad Litem
Case No. 2:18-cv-02735-JAM-EFB                                                                 Page 3