Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Brian D. McFarlin (SB No. 259099)
brian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through his guardian ad litem J.C., <br><br> Plaintiff, <br><br> vs. <br><br> SAN JUAN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO.: 2:18-cv-02735-JAM-EFB <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

The Court having read the Request to Seal Documents submitted by Plaintiff J.C., by and through his guardian ad litem, J.C., and having reviewed the documents that are subject of the Request, and good cause appearing,

IT IS HEREBY ORDERD that the Request to Appoint Guardian ad Litem and [Proposed] Order are hereby ordered sealed permanently, and the only access which shall be permitted to any of the above-referenced documents shall be by the Court and its personnel.

DATED: 10·12·2018

_____
UNITED STATES DISTRICT JUDGE