Christian M. Knox (SBN 171780)
christian@rudermanknox.com
Colleen A. Snyder (SBN 274064)
colleen@rudermanknox.com
Brian D. McFarlin (SBN 259099)
brian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Phone: 916-563-0100
Fax: 916-563-0114

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his guardian ad litem, J.C., Parent, <br><br> Plaintiff, <br><br> v. <br><br> SAN JUAN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 2:18-cv-02735-JAM-EFB <br><br> ORDER GRANTING REQUEST TO CONTINUE DEADLINE FOR FILING JOINT STATUS REPORT |

Pursuant to the stipulation filed by the Parties, the deadline to meet and confer and file a Joint Status Report is continued to January 18, 2019.

Dated: 11/20/18            /s/ John A. Mendez
                           Hon. John A. Mendez
                           U.S. District Court Judge