Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main 916-443-0000 • Fax 916-443-0030

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.C., a minor; by and through his guardian ad litem J.C.,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:18-cv-02735-KJM-EFB<br><br>**ORDER GRANTING REQUEST TO VACATE BRIEFING SCHEDULE AND ORAL ARGUMENT DATE**<br><br>The Hon. Kimberly J. Mueller<br><br>Hearing Date: September 6, 2019 |

Pursuant to the STIPULATION and REQUEST submitted by the Plaintiff J.C., a minor, by and through his and his guardian ad litem, J.C., and Defendant San Juan Unified School District, it is HEREBY ORDERED that the briefing schedule and oral argument date be VACATED.

Following the Court's issuance of its order regarding Plaintiffs' Motion for Leave to Amend, the Parties shall meet and confer and propose new dates for the briefing schedule and oral argument, subject to the Court's approval.

IT IS SO ORDERED.

DATED: May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

Case No. 2:18-cv-02735-KJM-EFB
ORDER GRANTING REQUEST TO VACATE BRIEFING SCHEDULE AND
ORAL ARGUMENT DATE